## DIAL et al. v. FONTAINE

No. 1032. Decided June 29, 1970

Per Curiam.

The appeal is dismissed for want of jurisdiction. *Gunn* v. *University Committee to End the War in Viet Nam, ante,* p. 383.

Mr. Justice Douglas dissents from the dismissal of the appeal.

## HOCKER, WARDEN v. HEFFLEY

No. 1195. Decided June 29, 1970

Per Curiam.

The motion of the respondent for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated and the case is remanded to the United States Court of Appeals for the Ninth Circuit for further consideration in light of *Chambers* v. *Maroney, ante,* p. 42.

Mr. Justice Harlan is of the opinion that certiorari should be denied. However, the case having been taken for review, he would affirm the judgment below for the reasons stated in his separate opinion in *Chambers* v. *Maroney, ante,* p. 55.